IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL P. KLAHN; LAURIE A. KLAHN, | No. C -12-02743 EDL |
| Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| EQUITY LIFESTYLE PROPERTIES, INC., | |
| Defendant. | |

In connection with the case management conference scheduled for October 30, 2012, Plaintiff Daniel Klahn filed a statement asserting that Defendant has been served and made a settlement offer on October 14, 2012. According to Plaintiff, a notice of dismissal is pending Defendant's signature on the settlement agreement. In order to allow the parties time to finalize settlement and for Plaintiff to file a notice of voluntary dismissal, the case management conference is continued until December 4, 2012. An updated case management statement shall be filed by November 27, 2012 if the case is not dismissed prior to that date.

**IT IS SO ORDERED.**

Dated: October 25, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge